AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KING, CAROLYN D. | U.S. COURT OF APPEALS 5TH CIR. | 04/21/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE - SENIOR STATUS | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

U.S. COURTHOUSE, ROOM 11020
515 RUSK AVENUE
HOUSTON, TX 77002-2694

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. RESEARCH FELLOW (ended 1/19/2017) | THE CENTER FOR AMERICAN AND INTERNATIONAL LAW |
| 2. EMERITUS MEMBER OF COUNCIL | AMERICAN LAW INSTITUTE |
| 3. MEMBER OF ADVISORY BOARD | THE CENTER FOR THOMISTIC STUDIES, UNIVERSITY OF SAINT THOMAS |
| 4. MEMBER OF PRESIDENT'S BOARD OF ADVISORS | UNIVERSITY OF SAINT THOMAS |
| 5. MEMBER & VICE CHAIR, BOARD OF TRUSTEES; MEMBER, EXECUTIVE COMMITTEE | BAYLOR COLLEGE OF MEDICINE |
| 6. MEMBER OF THE BOARD OF DIRECTORS | CHI ST. LUKE'S HEALTH BAYLOR COLLEGE OF MEDICINE MEDICAL CENTER |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D. | 04/21/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | 2016 | NORTON ROSE FULBRIGHT DEFINED BENEFIT PENSION | $33,194.76 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | SPOUSE THOMAS M REAVLEY; STATE OF TEXAS, JUDICIAL RETIREMENT |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D. | 04/21/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | NONE FOR THE REPORTING INDIVIDUAL | NONE | |
| 2. | SPOUSE THOMAS M. REAVLEY: PRUDENTIAL INSURANCE CO. | POLICY LOAN | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D. | 04/21/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Compass Bank Houston, TX (Money Market) | B | Interest | N | T | | | | | |
| 2. J.P. Morgan Chase Common Stock (formerly J.P. Morgan & Co.) | B | Dividend | L | T | | | | | |
| 3. General Electric Co. Common Stock | C | Dividend | M | T | | | | | |
| 4. IBM Common Stock | B | Dividend | K | T | | | | | |
| 5. Exxon Mobil Corp. Common Stock | C | Dividend | M | T | | | | | |
| 6. Compass Bank Checking Account | | None | J | T | | | | | |
| 7. T. Rowe Price Small Cap Value Fund | B | Distribution | N | T | | | | | |
| 8. | | Dividend | | | | | | | |
| 9. T. Rowe Price New Era Fund | B | Distribution | M | T | | | | | |
| 10. | | Dividend | | | | | | | |
| 11. Northwestern Mutual Whole Life Policies - See Part VIII | E | Dividend | O | V | | | | | |
| 12. Abbott Labs Common Stock | B | Dividend | K | T | | | | | |
| 13. Illinois Tool Works Inc Common Stock | E | Dividend | O | T | | | | | |
| 14. Procter & Gamble Common Stock | C | Dividend | M | T | | | | | |
| 15. Northwestern Mutual Variable Annuity Policy (Son, Annuitant) | | None | M | T | | | | | |
| 16. Tarrant Cnty Tex Hea B LTH FACS Dev Corp 5% Bonds - Due 12/1/2019 | C | Interest | M | T | | | | | |
| 17. Texas Transn Commn ST Hwy FD Rev 5% Bonds Due 4/1/2019 | C | Interest | | | Redeemed | 04/01/16 | L | | Issuer |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D. | 04/21/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Northwestern Mutual Insurance Service Account | A | Interest | J | T | | | | | |
| 19. Glaxosmithkline PLC | B | Dividend | K | T | | | | | |
| 20. Texas GO 5% Bonds Due 10/1/2019 | C | Interest | M | T | | | | | |
| 21. Phoenix AZ Rev. 5% Bonds Due 7/1/2018 | C | Interest | M | T | | | | | |
| 22. Chevron Corp. | C | Dividend | L | T | | | | | |
| 23. Royal Dutch Shell | C | Dividend | L | T | | | | | |
| 24. Dallas Cnty TX Cmnty College GO 5% Bonds Due 2/15/21 | C | Interest | M | T | | | | | |
| 25. Massachusetts GO 5.25% Bonds Due 8/1/2021 | D | Interest | M | T | | | | | |
| 26. Caterpillar Common Stock | C | Dividend | L | T | | | | | |
| 27. Abbvie, Inc. Common Stock | C | Dividend | L | T | | | | | |
| 28. Home Depot Common Stock | B | Dividend | L | T | | | | | |
| 29. Microsoft Common Stock | C | Dividend | M | T | | | | | |
| 30. Apple Common Stock | B | Dividend | L | T | | | | | |
| 31. Walt Disney Common Stock | A | Dividend | K | T | | | | | |
| 32. Wisconsin Clean Water Bond 4% Due 6/01/23 | C | Interest | M | T | | | | | |
| 33. Texas GO Series B Bond 4% Due 4/01/24 | C | Interest | M | T | | | | | |
| 34. Arkansas GO Higher Ed Bond 4% Due 6/1/24 | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D. | 04/21/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Stifel Bank & Trust - cash account | A | Interest | M | T | | | | | |
| 36. American Express Centurion Bank-cash account | A | Interest | M | T | | | | | |
| 37. The Bank of East Asia Ltd. - cash account | A | Interest | | | Closed | 03/31/16 | K | | |
| 38. East West Bank - cash account | A | Interest | M | T | Open | 05/31/16 | J | | |
| 39. Barclays Bank Delaware - cash account | A | Interest | J | T | Open | 10/31/16 | J | | |
| 40. Kearny Bank - cash account | A | Interest | J | T | Open | 10/31/16 | J | | |
| 41. Citibank, NA - cash account | A | Interest | J | T | Open | 08/31/16 | J | | |
| 42. State Bank of India - cash account | A | Interest | | | Open | 02/29/16 | J | | |
| 43. | | | | | Closed | 03/31/16 | J | | |
| 44. Private Bank and Trust Co. - cash account | A | Interest | | | Open | 03/31/16 | L | | |
| 45. | | | | | Closed | 06/30/16 | M | | |
| 46. Dreyfus Appreciation Fund (401(k)) | E | Int./Div. | M | T | Sold (part) | 12/07/16 | K | | |
| 47. Fidelity Contra Fund (401(k)) | E | Int./Div. | N | T | Sold (part) | 12/07/16 | K | | |
| 48. Vanguard Prime MM (401(k)) | A | Int./Div. | J | T | Sold (part) | 12/07/16 | J | | |
| 49. Vanguard High Dividend Yield ETF | C | Dividend | M | T | Buy | 01/20/16 | L | | |
| 50. Thomas M. Reavley (Spouse) Holdings Listed Below: | | | | | | | | | |
| 51. Compass Bank (Houston) | | None | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D. | 04/21/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Royalty (Hendrix) Pecos County, Texas | A | Royalty | J | W | | | | | |
| 53. Minerals (Samson) Nacogdoches County, Texas | D | Royalty | L | W | | | | | |
| 54. Minerals (Apache) Nacogdoches County, Texas | | None | J | W | | | | | |
| 55. Chase Bank (Houston) | A | Interest | J | T | | | | | |
| 56. Minerals (Chesapeake) Nacogdoches County, Texas | | None | J | W | | | | | |
| 57. Fee Land, Llano County, Texas | | None | K | W | | | | | |
| 58. Prudential Insurance Company - Whole Life Policy | A | Int./Div. | J | T | | | | | |
| 59. Minerals (Indigo), Nacogdoches County, Texas | C | Royalty | M | W | | | | | |
| 60. Vallence Operating Co., Panola County, Texas | C | Royalty | M | W | | | | | |
| 61. Minerals (Memorial Production Co.) (AETHON) Nacogdoches County, Texas | D | Royalty | J | W | | | | | |
| 62. Minerals (Patara & Gulf Coast) Shelby County,Texas | A | Royalty | J | W | | | | | |
| 63. Minerals (Noble & Hyperion) Nacogdoches County, Texas | B | Royalty | K | W | | | | | |
| 64. Minerals (XTO) Nacogdoches County, Texas | A | Royalty | J | W | | | | | |
| 65. Minerals (Delta Petroleum) Newton County, Texas | | None | J | W | | | | | |
| 66. Texas State Bond 5% Due 10/1/22 | A | Interest | M | T | | | | | |
| 67. Greater Clark County, Colorado Bond 5% Due 1/15/16 | A | Interest | | | Redeemed | 01/15/16 | K | | Issuer |
| 68. Massachusetts Bond | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D. | 04/21/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Texas GO Series B Bond 4% Due 4/01/24 | C | Interest | M | T | | | | | |
| 70. Apple Common Stock | B | Dividend | M | T | | | | | |
| 71. Walt Disney Common Stock | A | Dividend | L | T | | | | | |
| 72. Arkansas St. Bond | B | Interest | L | T | | | | | |
| 73. Stifel Bank & Trust - cach account | A | Interest | M | T | | | | | |
| 74. American Express Centurion Bank - cash account | A | Interest | M | T | | | | | |
| 75. The Bank of East Asia - cash account | A | Interest | L | T | | | | | |
| 76. Minerals (British Petroleum) Panola County, Texas (SEE PART VIII) | A | Royalty | J | W | | | | | |
| 77. Minerals (Memorial Production) Panola County, Texas (SEE PART VIII) | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D. | 04/21/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In response to Part VII C, I have reported the aggregate cash surrender value for the whole life policies. In response to Part VII B, I have shown the aggregate amount of the dividends on those policies, which are used to pay the premiums and increase the cash surrender value.

In Part VII, items 76 and 77 are owned by my husband. They were not reported in 2016 because they paid no royalties to my husband in 2016 and I didn't know they existed.

I am married to Circuit Judge Thomas M. Reavley.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: S/ **CAROLYN D. KING**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544